FILED

AUG 26 2009

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

| | |
|---|---|
| 1 | Polk, Prober & Raphael, |
| 2 | A Law Corporation |
| 3 | Dean Prober, Esquire, #106207 |
|   | Lee S. Raphael, Esquire, #180030 |
| 4 | Cassandra J. Richey, Esquire #155721 |
|   | P.O. Box 4365 |
| 5 | Woodland Hills, CA 91365-4365 |
|   | (818) 227-0100 |
| 6 | Attorneys for Secured Creditor |
|   | Downey Savings and |
| 7 | Loan Association, F.A. |
|   | D.074-074 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re
GLORIA MICHELLE CRAYTON DBA
ALLIED PORTFOLIO SERVICES,
CAPTIVATIONS, LLC,
    Debtor.

) CASE No. 09-45564
)
) CHAPTER 7
)
) R.S. No. DRP – 528
)
) ORDER GRANTING MOTION FOR
) RELIEF FROM AUTOMATIC STAY
)
) Hearing-
) Date : August 26, 2009
) Time : 10:30 a.m.
) Place : U.S. Bankruptcy Court
)           1300 Clay Street, 2nd Floor
)           Oakland, CA
)           Courtroom 220
)

The Motion for Relief from Automatic Stay of Downey Savings and Loan Association, F.A., its assignees and/or successors in interest, came on for hearing on August 26, 2009 at 10:30 a.m., before the Honorable Randall J. Newsome. Appearances were as set forth in the Court record.

| | |
|---|---|
| 1 | After reviewing the pleadings and records and determining that GOOD CAUSE |
| 2 | exists, the Court makes the following Order: |
| 3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic |
| 4 | Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all |
| 5 | purposes as to Downey Savings and Loan Association, F.A., its assignees and/or successors in |
| 6 | interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest |
| 7 | may proceed with foreclosure of the subject Property generally described as **160 O'Neil Circle,** |
| 8 | **Hercules, California,** pursuant to applicable statutory law, and may thereafter commence any |
| 9 | action necessary to obtain complete possession thereof. |
| 10 | IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute |
| 11 | relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject |
| 12 | Property. |
| 13 | IT IS FURTHER ORDERED that the 10-day stay provided by Bankruptcy Rule |
| 14 | 4001(a)(3) is waived. |

Dated: 8/26/09

_____
Judge of the United States Bankruptcy Court

## COURT SERVICE LIST

Gloria Michelle Crayton
160 O'Neil Circle
Hercules, CA 94547
Debtor

William M. Rubendall, Esquire
Law Offices of William M. Rubendall
801 Augusta Court
Concord, CA 94518
Attorney for Debtor

John T. Kendall
2411 Santa Clara Avenue, Suite 12
Alameda, CA 94501
Chapter 7 Trustee

U.S. Trustee
1301 Clay Street, Room 690N
Oakland, CA 94612-5202

Polk, Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364